IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01829-MSK-MJW

ANDREA GARZA,
DESERAY HEADRICK,
SAIRA LOSOYA,
ERIC RAEL,
TABITHA ROWE,
DORAINE STANGEL,
AMY VAN DEVENTER, and
JUAN WONG II,

        Plaintiffs,

v.

ACCREDITED HOME LENDERS
d/b/a HOME FUNDS DIRECT,

        Defendant.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

        IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 20th day of September, 2006.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge