IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-01829-MSK-MJW

ANDREA GARZA,
DESERAY HEADRICK,
SAIRA LOSOYA,
ERIC RAEL,
TABITHA ROWE,
DORAINE STANGEL,
AMY VAN DEVENTER, and
JUAN WONG II,

    Plaintiffs,

v.

ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE** (Docket No. 18)

---

Before the Court is Defendant Accredited Home Lenders, Inc., d/b/a Home Funds Direct's Unopposed Motion to Vacate Settlement Conference, filed on January 29, 2007. The Court hereby GRANTS Defendant's Motion and vacates the Settlement Conference scheduled for February 7, 2007 at 1:30 p.m. (*)

DATED this 30th day of January, 2007.

IT IS SO ORDERED.

(*) Further Ordered That The parties shall Contact Magistrate Judge Watanabe's chambers within 10 Days from the Date of This Order to Reset The settlement Conference.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO