IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01829-MSK-MJW

ANDREA GARZA,
DESERAY HEADRICK,
SAIRA LOSOYA,
ERIC RAEL,
TABITHA ROWE,
DORAINE STANGEL,
AMY VAN DEVENTER, and
JUAN WONG II,

        Plaintiffs,

v.

ACCREDITED HOME LENDERS
d/b/a HOME FUNDS DIRECT,

        Defendant.

## ORDER DISMISSING CLAIMS ASSERTED
## BY PLAINTIFF DORAINE STANGEL

THIS MATTER is before the Court on the Joint Stipulation of Dismissal as to Plaintiff Doraine Stangel **(#27).** The Court being fully advised in the foregoing,

**ORDERS** that all claims asserted by Doraine Stangel in the above-captioned matter are dismissed. The caption shall be amended to delete reference to Ms. Stangel.

Dated this 21st day of March, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge