IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01829-MSK-MJW

ANDREA GARZA et al.,

Plaintiff(s),

v.

ACCREDITED HOME LENDERS d/b/a HOME FUNDS DIRECT,

Defendant(s).

MINUTE ORDER
(DN 23)

     It is hereby ORDERED that Plaintiffs' Motion to Compel (docket no. 23) is DENIED for the following reasons:  (1) Plaintiffs have failed to comply with D.C.COLO.LCivR 7.1 and Fed. R. Civil Procedure 37(a)(2)(b); (2) Plaintiffs have violated Judge Krieger's Civil Practice Standard V.A. noting the 27 page brief that Plaintiffs submitted in support of the subject motion; and, (3) Plaintiffs' subject motion was filed prematurely noting that Plaintiffs served Defendant with Joint Requests for Production (Set II) on February 16, 2007, and filed this subject motion on March 15, 2007.  The court notes that a responding party to discovery is permitted by rule to 30 days plus three days mailing to respond.  Counsel for Plaintiffs is directed to forthwith read, review, and become familiar with:  (1) the Federal Rules of Civil Procedure; (2) District of Colorado Local Rules of Practice; and (3) District Judge Krieger's Civil Practice Standards.  In the future, failure to comply with such rules and practice standards may result in sanctions being imposed against Plaintiffs, Plaintiffs' counsel or both.

Date:  April 18, 2007