IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01829-MSK-MJW

ANDREA GARZA et al.,

Plaintiff(s),

v.

ACCREDITED HOME LENDERS d/b/a HOME FUNDS DIRECT,

Defendant(s).

MINUTE ORDER

     In view of the Notice of Withdrawal of Plaintiffs' Motion for Protective Order Preventing, or Alternately Limiting, Discovery Directed to Merchants Acceptance (Docket No. 41), it is hereby ORDERED that the plaintiffs' Motion for Protective Order Preventing, or Alternately Limiting, Discovery Directed to Merchants Acceptance (Docket No. 31) is deemed withdrawn.

Date:  April 19, 2007