IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01829-MSK-MJW

ANDREA GARZA,
DESERAY HEADRICK,
SAIRA LOSOYA,
ERIC RAEL,
TABITHA ROWE,
AMY VAN DEVENTER, and
JUAN WONG II,

        Plaintiffs,

v.

ACCREDITED HOME LENDERS
d/b/a HOME FUNDS DIRECT,

        Defendant.

## ORDER ON MOTION

        THIS MATTER comes before the Court on the parties' Joint Motion to Stay Proceedings **(#50)** while they attempt to settle all claims. The motion seeks an indefinite stay of all proceedings in this matter.

        The parties have not shown good cause for an indefinite stay. However, the Court will grant an extension of the deadline for filing dispositive and Fed. R. Evid. 702 motions.

        **IT IS THEREFORE ORDERED** that the Joint Motion to Stay Proceedings **(#50)** is **DENIED**. However, the deadline for filing dispositive and Fed. R. Evid. 702 motions is

extended from June 8, 2007 to September 28, 2007.

Dated this 23rd day of May, 2007

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge
