IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01829-MSK-MJW

ANDREA GARZA,
DESERAY HEADRICK,
SAIRA LOSOYA,
TABITHA ROWE,
AMY VAN DEVENTER, and
JUAN WONG II,

       Plaintiffs,

v.

ACCREDITED HOME LENDERS
d/b/a HOME FUNDS DIRECT,

       Defendant.

---

## ORDER APPROVING SETTLEMENT, AND
## DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

---

Upon consideration of the parties' Joint Motion for Approval of Final Settlement, and

having reviewed the Stipulation for Settlement and its exhibits, and for good cause shown, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

1.    The Stipulation for Settlement is **APPROVED**.

2.    The Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

3.    Each party shall bear his/her/its own costs and attorney's fees except as otherwise

provided in the Stipulation for Settlement.

4.      The Clerk of Court is directed to close this case.

Dated this 29th day of August, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge